IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 07-277 JJF |
| ALL FUNDS HELD IN WELLS FARGO BANK ACCOUNT NUMBER 571-2335693 IN THE NAME OF THE BULLION EXCHANGE CORPORTION, | : | |
| Defendant *in rem*. | : | |

**O R D E R**

WHEREAS, this Court has received a filed copy of a signed Stipulation of Settlement that resolves all contested issues in the civil forfeiture matters pending between the United States and The Bullion Exchange Corporation, Don Neve and Carole Neve ("Claimants") – the sole claimant to the assets that have been sued by the government, for forfeiture, in the above-captioned case;

WHEREAS, according to the terms of the Stipulation of Settlement, the government has agreed to pay to Claimants, by check made payable to the "Steven Christensen Escrow Account", a "settlement amount" of $324,840.16;

WHEREAS, according to the terms of the Stipulation of Settlement, Claimants agree to withdraw their claims in this forfeiture case and a second forfeiture case pending in the District of Columbia and to consent to entry of Orders forfeiting the remaining defendant properties (including principal and accrued interest (if any)) to the United States of America;

WHEREAS the government has agreed to pay the settlement amount from assets seized and sued for forfeiture in this matter pending in the District of Delaware; and

WHEREAS, the Court has satisfied itself that the settlement agreement memorializes the parties' resolution of all contested issues in the above-captioned civil forfeiture case and its acceptance is in the interests of justice;

NOW THEREFORE, IT IS HEREBY ORDERED this 23 day of April, 2008, that:

1. That the United States Marshals Service shall pay $324,840.16 (allocated from seized asset #07-FBI-002660) to Claimants. Payment shall be made by check made payable to the "Steven Christensen Escrow Account" and mailed (or otherwise delivered or made available for pick-up) to Steven Christensen, Esq., 3381 W. Star Fire Road, South Jordan, Utah 84095.

2. That Claimants' verified claim to the defendant property in this case, and claimant's Answer, are deemed withdrawn and are hereby STRICKEN.

3. That Civil Action Number 07-277 JJF is hereby DISMISSED without prejudice, except that this Court shall retain jurisdiction as necessary to effectuate the terms of the settlement agreement.

4. That the Clerk of the Court enter judgment on the docket of this case in the form attached to this Order.

_____
HONORABLE JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE