IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>ALL FUNDS HELD IN WELLS FARGO BANK<br>ACCOUNT NUMBER 571-2335693 IN THE<br>NAME OF THE BULLION EXCHANGE<br>CORPORTION,<br><br>   Defendant *in rem*. | :<br>:<br>:<br>:<br>:  Civil Action No. 07-277 JJF<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**JUDGMENT AND DECREE OF FORFEITURE**

AND NOW TO WIT this 23 day of April, 2008, the Court having directed the entry of judgment in this case in favor of the United States and against the defendant *in rem*;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment be and hereby is entered in favor of the United States and against the defendant *in rem*;

IT IS FURTHER ORDERED that all right, title and interest in the defendant *in rem* vests in the United States according to applicable law and all other claims or interest in the defendant *in rem* are foreclosed and forever barred.

IT IS FURTHER ORDERED that the Attorney General, or his designee, shall dispose of the defendant in rem in a manner consistent with the terms of the settlement agreement in this case (D.I. 23), and applicable laws and regulations.

*[signature]*
Deputy Clerk